**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.  21-60277-CIV-MARTINEZ-SNOW**

IAN HUE, an individual,

      Plaintiff,

vs.

SAMUEL'S AUTO FL., LLC,
a Florida limited liability company
d/b/a "Samuel's Auto,"

      Defendant.

_____/

**<u>DECLARATION OF IAN HUE IN SUPPORT OF MOTION FOR ENTRY OF FINAL
JUDGMENT AFTER DEFAULT AS TO DEFENDANT DESTINY AUTO SALES</u>**

THE UNDERSIGNED, Ian Hue, hereby declares pursuant to 28 U.S.C. §1746, as follows:

1.     I am the named plaintiff in the above-referenced lawsuit.

2.     I make this affidavit based on my personal knowledge in support of the Motion for Entry of Final Judgment After Default directed to Defendant, Samuel's Auto FL, LLC ("Samuel's Auto" or "Dealership").

**<u>AVERMENTS AS TO LIABILITY</u>**

3.     In July 2020, Samuel's Auto offered for sale a 2019 RAM 3500 ProMaster Cargo Van, VIN: 3C6URVJG0KE544807 ("Van") advertised by the Dealership on E-Bay.

4.     As the Van was late model and had low mileage, I contacted the Dealership, which represented the following to me:

- that the Van was in excellent condition and had no mechanical defects ("Condition Representation"); and

- that the Van was low mileage and had "8,000 miles" ("Oral Mileage Representation").

5. After I related to the Dealership that I intended to convert the Van to a family camper, the Dealership affirmatively represented the Van would be fit for a camper conversion ("Fitness Representation").

6. At my request, the Dealership emailed to me a Buyer's Order for the purchase of the Van ("Buyer's Order Email").

7. A copy of the Buyer's Order Email from the Dealership to me concerning the purchase of the Van is attached as Exhibit "A."

8. As an attachment to the Buyer's Order Email, the Dealership provided me with a one-page document entitled "Bill of Sale/Buyer's Order" ("Bill of Sale").[1]

9. Pursuant to the Bill of Sale, the Dealership made an affirmatively represented to me that the odometer reading for the Van was **8,021** miles ("Initial Written Mileage Representation").

10. After reviewing the Bill of Sale, on July 8, 2029, I signed same and returned the Bill of Sale by email to the Dealership.

11. A copy of the email transmittal and the signed Bill of Sale is attached as Exhibit "B."

_____

[1] The Bill of Sale sent to me did not have a reverse side.

12.     Pursuant to the Bill of Sale, I agreed to purchase the Van for the total purchase price in cash of Thirty Thousand Dollars ($30,000.00) ("Purchase Price").

13.     After returning the signed Bill of Sale to the Dealership, I wire-transferred the Purchase Price to the Dealership.

14.      After payment of the Purchase Price, the Van was delivered to me at my home in Calistoga, California.

### B. Discovery that Van had a Re-Built Title and Inaccurate Odometer

15.     Several days after the Van was delivered, I received a package in the mail that contained the following:

- Motor Vehicle Title Reassignment Supplement ("Reassignment")- attached as Exhibit "C"; and

- Original State of Minnesota Certificate of Title for Motor Vehicle for Title No. 00WCSSB-1 ("Minnesota Salvage Title")- attached as Exhibit "D."

16.     When I reviewed the Minnesota Salvage Title, I discovered for the first time that the Dealership had sold me a wrecked vehicle that had a salvage title brand:



("Salvage Brand")

17.     In addition to selling a wrecked vehicle, the Dealership also sold me a vehicle with an inaccurate or tampered odometer. In particular, the Minnesota Salvage Title provided:



("NAM Disclosure")

18.     As seen above, the NAM Disclosure stated that the mileage reading of 8,041 was "*not actual mileage*."

19.     In addition to the Initial Mileage Representation, the Dealership falsely represented through the Reassignment that the mileage reading of 8,041 was "*actual mileage*":



("Second Mileage Representation")

20.     The Second Written Mileage Representation was made by the Dealership under penalty of perjury.

### C.  Demand for Return of Purchase Price

21.    After learning that I had been severely cheated, I demanded the return of all monies paid to the Dealership.

22.    The Dealership refused to comply with my demand that the transaction to purchase the Van be rescinded.

### D. History of Van as Wrecked Amazon Delivery Truck

23.    As part of my counsel's investigation concerning the history of the Van, I learned that the Van had been part of an *Amazon* delivery fleet in Minnesota and had been wrecked in early 2020.

24.    The following are photos obtained from a salvage auction website[2] depicting the substantial damage to the Van:



---

[2] Images derived from *https://en.bidfax.info/ram/promaster/4937891-ram-promaster-3500-3500-high-2019-blue-36l-vin-3c6urvjg0ke544807.html* (last accessed on January 31, 2020)





## <u>AVERMENTS AS TO DAMAGES</u>

25.    I had the Van inspected by a reputable repair facility near my home.

26.    The repair facility opined that the Van needed repairs totaling over $19,000 to repair the Van.

27.    A copy of the estimate for the repairs is attached as Exhibit "E."

28.    The repair facility also determined that the airbags to the Van had not been replaced after the accident.

29.    As a result of the violation of the Odometer Act as described above, I am seeking the cost of repairs to make the Van roadworthy and safe to be used as a family camper to wit: $19,115.14 ("Repair Damages").

30.    Pursuant to the Odometer Act, I would request that the Court treble the Repair Damages to award me the sum of $57,345.42.

PURSUANT TO 28 U.S.C.§1746, I CERTIFY, UNDER PENALTY OF PERJURY, THE FOREGOING IS TRUE AND CORRECT.

Executed this ___22___ day of July 2021 in Occidental, California.

_____

IAN M. HUE

# EXHIBIT "A"

---------- Forwarded message ---------
From: **Sams Autos** <onlinesales@samsautosflorida.com>
Date: Thu, Jul 9, 2020 at 8:20 AM
Subject: 2019 Promaster bill of sale
To: ianmhue@gmail.com <ianmhue@gmail.com>


Attached.




Www.SamsAutosFlorida.com
Phone (833)44Sales
Cell: (954)338-0531

# Bill Of Sale
# Buyer's Order

| Dealer/Seller Name and Address | Buyer/Co-Buyer Name(s) and Address(es) |
|---|---|
| SAMUEL'S AUTO<br>627 S DIXIE HWY EAST,<br>POMPANO BEACH, FL  33060 | IAN HUE<br>11640 HWY 128<br>CALISTOGA, CA 94515-<br>COUNTY |

PH: (833) 447-2537  FAX: (833) 447-2537

Salesperson HOUSE
Date 07/09/2020   Stock No.  1113
App No.  N/A
Contract No.  1615

Buyer 1: Home #: (707) 332-8395   Work #: N/A   Cell #: N/A
Buyer 2: Home #: N/A   Work #: N/A   Cell #: N/A

Mo. of birth (Buyer 1) December   Mo. of birth (Buyer 2) N/A   Mo. of birth N/A

## Vehicle Information

☐ New      ☒ Used      ☐ Demo

Year 2019
Make RAM
Model 3500 PROMAST
Body Style CARGO VAN EXT 159 WB
VIN 3C6URVJG0KE544807
Other

Lic. No. N/A
Odometer Reading 8021
Color GRAY

## Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company N/A
Policy No. N/A

## Trade-In Information

### Trade-in 1

Year N/A
Make N/A
Model N/A
Body Style N/A
VIN N/A
Lienholder Name N/A
Address N/A
N/A
Phone N/A
Payoff good through
Approved

Lic. No. N/A
Odometer Reading N/A
Color N/A

Payoff N/A
N/A

### Trade-in 2

Year N/A
Make N/A
Model N/A
Body Style N/A
VIN N/A
Lienholder Name N/A
Address N/A
N/A
Phone N/A
Payoff good through
Approved

Lic. No. N/A
Odometer Reading N/A
Color N/A

Payoff N/A
N/A

## Itemization of Sale

| | | |
|---|---|---|
| 1. Vehicle Sales Price | $ | 29801.00 |
| 2. Sales Tax (On Taxable Amount: 0) | $ | N/A |
| 3. County Tax | $ | N/A |
| 4. Other Tax(es) | $ | N/A |
| 5. Subtotal (Add lines 1 through 4) | $ | 29801.00 |
| Title, License, Taxes & Other Fees | | |
| 6. Pre-delivery Service Fee* | $ | 199.00 |
| 7. Electronic Transfer Fee | $ | N/A |
| 8. TITLE FEE | $ | C.O.D. |
| 9. TAG/REG FEE | $ | C.O.D. |
| 10. N/A | $ | N/A |
| 11. N/A | $ | N/A |
| 12. N/A | $ | N/A |
| 13. N/A | $ | N/A |
| 14. N/A | $ | N/A |
| 15. Total Other Fees (Add lines 6 through 14) | $ | 199.00 |
| Additional Products | | |
| 16. N/A | $ | N/A |
| 17. N/A | $ | N/A |
| 18. N/A | $ | N/A |
| 19. N/A | $ | N/A |
| 20. N/A | $ | N/A |
| 21. N/A | $ | N/A |
| 22. N/A | $ | N/A |
| 23. N/A | $ | N/A |
| 24. Total Products (Add lines 16 through 23) | $ | N/A |
| 25. Cash Sale Price (Add lines 5 + 15 + 24) | $ | 30000.00 |
| 26. Trade-in Allowance | $ | N/A |
| 27. Less Payoff | $ | N/A |
| 28. Net Trade Allowance (Line 26-27) | $ | N/A |
| 29. Cash Down Payment | $ | 30000.00 |
| 30. Deferred Down Payment | $ | N/A |
| 31. Total Down Payment (Line 28 + 29 + 30) | $ | 30000.00 |
| 32. Total Balance Due (Line 25-31) | $ | 0.00 |

* This charge represents costs and profit to the dealer for
items such as inspecting, cleaning, and adjusting vehicles, and
preparing documents related to the sale.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-FL
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2016
FLBUYODR.PDF (960Z/398) VER: DOTNET 11/9/2016

BUYER SIGNATURE_____

BUYER SIGNATURE_____

# EXHIBIT "B"

---------- Forwarded message ---------
From: **Ian Hue** <ianmhue@gmail.com>
Date: Thu, Jul 9, 2020 at 9:00 AM
Subject: Re: 2019 Promaster bill of sale
To: Sams Autos <onlinesales@samsautosflorida.com>


Hey Bryan
Here is the bill of sale, setting up transfer now
Thanks

## Bill Of Sale
## Buyer's Order

**Dealer/Seller Name and Address**

SAMUEL'S AUTO
627 S DIXIE HWY EAST,
POMPANO BEACH, FL 33060

**Buyer/Co-Buyer Name(s) and Address(es)**

IAN HUE
11640 HWY 128
CALISTOGA, CA 94515-
COUNTY

PH: (833) 447-2537   FAX: (833) 447-2537

Salesperson  HOUSE
Date  07/09/2020   Stock No.  1113
App No.  N/A
Contract No.  1615

Buyer 1: Home #: (707) 332-8395   Work #: N/A   Cell #: N/A
Buyer 2: Home #: N/A   Work #: N/A   Cell #: N/A

| | Buyer 1 | | Buyer 2 | |
|---|---|---|---|---|
| Mo. of birth | December | Mo. of birth | N/A | Mo. of birth | N/A |

### Vehicle Information

☐ New   ☒ Used   ☐ Demo
Year  2019   Lic. No.  N/A
Make  RAM   Odometer Reading  8021
Model  3500 PROMAST   Color  GRAY
Body Style  CARGO VAN EXT 159 WB
VIN  3C6URVJG0KE544807
Other

### Insurance Information

Buyer has arranged insurance on the motor vehicle.
Insurance Company  N/A
Policy No.  N/A

### Trade-In Information

**Trade-in 1**
Year  N/A   Lic. No.  N/A
Make  N/A   Odometer Reading  N/A
Model  N/A   Color  N/A
Body Style N/A
VIN  N/A
Lienholder Name  N/A
Address  N/A
N/A
Phone  N/A   Payoff  N/A
Payoff good through   N/A
Approved

**Trade-in 2**
Year  N/A   Lic. No. N/A
Make  N/A   Odometer Reading  N/A
Model  N/A   Color  N/A
Body Style  N/A
VIN  N/A
Lienholder Name  N/A
Address  N/A
N/A
Phone  N/A   Payoff N/A
Payoff good through   N/A
Approved

### Itemization of Sale

| | | | |
|---|---|---|---|
| 1. | Vehicle Sales Price | $ | 29801.00 |
| 2. | Sales Tax (On Taxable Amount: 0 | $ | N/A |
| 3. | County Tax | $ | N/A |
| 4. | Other Tax(es) | $ | N/A |
| 5. | Subtotal (Add lines 1 through 4) | $ | 29801.00 |
| | Title, License, Taxes & Other Fees | | |
| 6. | Pre-delivery Service Fee* | $ | 199.00 |
| 7. | Electronic Transfer Fee | $ | N/A |
| 8. | TITLE FEE | $ | C.O.D. |
| 9. | TAG/REG FEE | $ | C.O.D. |
| 10. | N/A | $ | N/A |
| 11. | N/A | $ | N/A |
| 12. | N/A | $ | N/A |
| 13. | N/A | $ | N/A |
| 14. | N/A | $ | N/A |
| 15. | Total Other Fees (Add lines 6 through 14) | $ | 199.00 |
| | **Additional Products** | | |
| 16. | N/A | $ | N/A |
| 17. | N/A | $ | N/A |
| 18. | N/A | $ | N/A |
| 19. | N/A | $ | N/A |
| 20. | N/A | $ | N/A |
| 21. | N/A | $ | N/A |
| 22. | N/A | $ | N/A |
| 23. | N/A | $ | N/A |
| 24. | Total Products (Add lines 16 through 23) | $ | N/A |
| 25. | Cash Sale Price (Add lines 5 + 15 + 24) | $ | 30000.00 |
| 26. | Trade-in Allowance | $ | N/A |
| 27. | Less Payoff | $ | N/A |
| 28. | Net Trade Allowance (Line 26-27) | $ | N/A |
| 29. | Cash Down Payment | $ | 30000.00 |
| 30. | Deferred Down Payment | $ | N/A |
| 31. | Total Down Payment (Line 28 + 29 + 30) | $ | 30000.00 |
| 32. | Total Balance Due (Line 25-31) | $ | 0.00 |

* This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting vehicles, and preparing documents related to the sale.

Customized by Wayne Reaves Computer Systems, Inc.
Buyers Order-FL
Bankers Systems TM VMP®
Wolters Kluwer Financial Services © 2016
FLBUYODR.PDF (950Z/398) VER: DOTNET 11/9/2016

BUYER SIGNATURE _____

BUYER SIGNATURE _____

BUY-ORDER-FL 7/15/2016
Page 1 of 3

# EXHIBIT "C"

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES
Neil Kirkman Building - Tallahassee, FL 32399-0500

**MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT**

(Instructions on Reverse Side)

This reassignment is supplement to: [✓] Title No. OOWCS5B-1   State of Issue: Minnesota
[ ] Manufacturer's Statement or Certificate of Origin
Is the title electronic? [ ] Yes   [ ] No

### VEHICLE DESCRIPTION

| Vehicle Identification Number | Year | Make | Model | Body |
|---|---|---|---|---|
| 3C6URVJG0KE544807 | 2019 | Ram | PROM | SW |

### REASSIGNMENT INFORMATION

| Name of Seller(s)/Agent (Print) | DL/ID#, DMS ACCT#, FEID# | DEALER/AUCTION LICENSE (if applicable) |
|---|---|---|
| Samuels Aut FC. | VI-1079922-1 | |

| Street Address | City | State | Zip |
|---|---|---|---|
| 627 S. Dixie Hwy Pompro Beah | FC | 3306 | |

| Selling Price (If Applicable) | Sales Tax Collected (If Applicable) | Sales Tax Reg. No. (If Applicable) |
|---|---|---|
| | | |

| Purchaser and Co-Purchaser's Printed Name(s) | | Date of Sale |
|---|---|---|
| | | |

| Purchaser's Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Co-Purchaser's Address (If applicable) | City | State | Zip |
|---|---|---|---|
| | | | |

| Auction Name (If applicable) | Auction License Number | State of License | Date of Auction |
|---|---|---|---|
| | | | |

| Street Address | City | State | Zip |
|---|---|---|---|
| | | | |

### ODOMETER DISCLOSURE STATEMENT

**WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.**

*I/WE STATE THAT THIS* [ ] 5 OR [✓] 6 DIGIT ODOMETER NOW READS, [ ][ ]8,041[ ] XX (NO TENTHS) MILES,
*DATE READ* 09/20/20 *AND I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE THE ODOMETER READING.*

CAUTION:
READ CAREFULLY
BEFORE YOU
CHECK A BOX
[✓] 1.  REFLECTS ACTUAL MILEAGE
[ ] 2.  IS IN EXCESS OF ITS MECHANICAL LIMITS
[ ] 3.  IS NOT THE ACTUAL MILEAGE.  WARNING – ODOMETER DISCREPANCY

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| Printed Name of seller(s)/Agent | Seller(s)/Agent Signature |
|---|---|
| Bryan Cris | |

| Printed Name of Co-seller (If applicable) | Co-Seller Signature (If applicable) |
|---|---|
| | |

| Purchaser(s) Signature | Co-Purchaser(s) Signature |
|---|---|
| | |

| Purchaser(s) Printed Name First, Full Middle or Maiden, Last | Co-Purchaser(s) Printed Name   First, Full Middle or Maiden, Last |
|---|---|
| | |

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.**

ORIGINAL:  SUBMIT WITH APPLICATION FOR TITLE

COPY:  SELLER/DEALER RETAIN IN FILE

HSMV 82994 (REV. 04/14) S

# EXHIBIT "D"

# STATE OF MINNESOTA
## CERTIFICATE OF TITLE FOR A MOTOR VEHICLE

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL/BODY | TITLE NUMBER |
|---|---|---|---|---|
| 3C6URVJG0KE544807 | 19 | RAM | SW PRM | 00WCSSB-1 |

| DATE ISSUED | ODOMETER | TAX BASE | CODE | PLATE NUMBER | CENTRAL OFFICE USE ONLY |
|---|---|---|---|---|---|
| 03/14/20 | 8041 | 038690 | 09 | DFY802 | #885 |

SALVAGE                                EXP 05

26770896

NO SECURITY INTERESTS DOB          OWNER
              RECEIVED            OLD REPUBLIC MUTUAL INS

              MAR 1 9 2020        1280 JACKSON STREET
              ST PAUL/ MPLS       ST PAUL MN 55117

**SALVAGE TITLE**
**Must Be Inspected**

H

---

### ASSIGNMENT BY SELLER (TRANSFEROR)

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. MINNESOTA LAW REQUIRES THAT YOU MAKE A DISCLOSURE ABOUT DAMAGE TO THE VEHICLE. A FALSE OR FRAUDULENT STATEMENT OF PURCHASE BY ANY PERSON IS A GROSS MISDEMEANOR OR FELONY.

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW          ☐ IS ACTUAL MILEAGE
READS, ___8041___ (NO TENTHS) MILES AND TO THE BEST OF MY          ☐ EXCEEDS MECHANICAL LIMITS OF ODOMETER
KNOWLEDGE THE ODOMETER MILEAGE:          ☒ IS NOT ACTUAL MILEAGE – WARNING ODOMETER DISCREPANCY

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE, THIS VEHICLE:  ☒ HAS  ☐ HAS NOT (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

ASSIGNMENT: I (WE) CERTIFY THAT THIS VEHICLE IS FREE FROM ALL SECURITY INTERESTS, WARRANT TITLE, AND ASSIGN THE REGISTRATION TAX AND VEHICLE TO:

| Old Republic Mutual Ins | 3.25.20 | Doble 2 Auto LLC |
| SELLER'S PRINTED NAME(S) | DATE OF SALE | BUYER'S PRINTED NAME(S) |
| 1280 Jackson St | | 1955 W Landstreet Orlando FL |
| St Paul, MN 55117 | DEALER'S LICENSE # | BUYER'S ADDRESS |
| X (signature) | | (signature) 32884 |
| SELLER'S SIGNATURE(S) | | BUYER'S SIGNATURE(S) |

### APPLICATION FOR TITLE BY BUYER (TRANSFEREE). MUST BE SUBMITTED WITHIN 10 DAYS (Please Print)

| BUYER'S NAME | (LAST) | (FIRST) | (MIDDLE) | DATE(S) OF BIRTH | / | / | BUYER'S DRIVER'S LICENSE NUMBER(S) |

| ADD'L BUYER'S NAME | (LAST) | (FIRST) | (MIDDLE) | DATE(S) OF BIRTH | / | / | BUYER'S DRIVER'S LICENSE NUMBER(S) |

| STREET ADDRESS | | CITY | | COUNTY/CODE | STATE | ZIP CODE |

IS THIS VEHICLE SUBJECT TO SECURITY AGREEMENT(S)?  ☐ NO  ☐ YES (IF YES, COMPLETE SECTION BELOW)

| FIRST SECURED PARTY'S NAME (PRINT NAME) | DATE OF SECURITY AGREEMENT | FOR ADDITIONAL SECURED PARTIES, ATTACH COMPLETED FORM PS2017 |

| STREET ADDRESS | CITY | STATE | ZIP CODE |

I (WE) CERTIFY I (WE) AM (ARE) OF LEGAL AGE, HAVE PURCHASED THIS VEHICLE SUBJECT TO LIENS SHOWN AND NO OTHERS. I (WE) ATTEST BY THIS TRANSACTION THAT THIS VEHICLE IS AND WILL CONTINUE TO BE INSURED WHILE OPERATED UPON THE PUBLIC STREETS AND HIGHWAYS. ALL OF MY (OUR) DECLARATIONS ARE TRUE AND CORRECT.

| | MINNESOTA COUNTY OR OTHER STATE WHERE VEHICLE IS KEPT |

**X**
**APPLICANT'S/BUYER'S SIGNATURE(S) All Must Sign**
IMPORTANT – PLEASE READ: ALL INFORMATION COLLECTED ON THIS APPLICATION IS REQUIRED BY LAW AND IS USED TO IDENTIFY THE MOTOR VEHICLE. FAILURE TO PROVIDE REQUIRED INFORMATION MAY RESULT IN DENIAL OF THE REQUESTED ACTION. EXCEPT FOR CERTAIN USES PERMITTED BY FEDERAL AND STATE LAWS, PERSONAL INFORMATION CONTAINED IN YOUR APPLICATION MAY NOT BE DISCLOSED TO ANYONE WITHOUT YOUR EXPRESS CONSENT. YOU MAY EXPRESSLY CONSENT TO THE DISCLOSURE OF YOUR INFORMATION BY WRITING TO THE FOLLOWING ADDRESS:

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187
PHONE  651-297-2126  TTY  651-282-6555
dvs.dps.mn.gov

PS2700-19

**KEEP IN A SAFE PLACE. ANY ALTERATION OR ERASURE VOIDS THIS TITLE.**

---

<IAAI SLD 152084867 SALEDOCI>
Stock#:26770896 30193941018-0001 Sale Document (Front)

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187

| TITLE NUMBER 00WCSSB-1 | VIN 3C6URVJG0KE544807 |

**MINNESOTA MOTOR VEHICLE REGISTRATION**
| YR | MK | MDL | VIN |
|---|---|---|---|
| 19 | RAM | SW PRM | 3C6URVJG0KE544807 |

| PLATE # | STICKER # | TAX | EXP |
|---|---|---|---|
| DFY802 | X44804?6 | 474.00 | 05/31/20 |

GROSS VEHICLE WEIGHT/BASE VALUE 038690
RECORDED OWNER(S)
OLD REPUBLIC MUTUAL INS

1280 JACKSON STREET
ST PAUL MN 55117

# EXHIBIT "E"

# WESTERN AUTOBODY, INC.

5800 Guerneville Rd., Sebastopol, CA 95472

Phone: (707) 829-2477

FAX: (707) 829-3114

| | |
|---|---|
| Workfile ID: | aee9ded5 |
| PartsShare: | 65CGR3 |
| Federal ID: | 43-2006693 |
| Resale Number: | SRJH100-199043 |
| State EPA: | CAL000207445 |
| BAR: | AD227345 |

## Preliminary Supplement 1 with Summary

**Customer: HUE, IAN**                                        **Job Number: 11436**

Written By: TONY SCHLIEMANN

| | | | | | |
|---|---|---|---|---|---|
| Insured: | HUE, IAN | Policy #: | | Claim #: | |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | | | | | |

**Owner:**                        **Inspection Location:**                        **Insurance Company:**

HUE, IAN                          WESTERN AUTOBODY, INC.

(707) 332-8395 Cell               5800 Guerneville Rd.

                                  Sebastopol, CA 95472

                                  Repair Facility

                                  (707) 829-2477 Business

## VEHICLE

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 3C6URVJG0KE544807 | Interior Color: | | Mileage In: | | Vehicle Out: |
| License: | | Exterior Color: | GREY | Mileage Out: | | |
| State: | | Production Date: | | Condition: | | Job #:   11436 |

| TRANSMISSION | CONVENIENCE | Stereo | Hands Free Device |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | Search/Seek | **SEATS** |
| **POWER** | Intermittent Wipers | Auxiliary Audio Connection | Cloth Seats |
| Power Steering | Tilt Wheel | **SAFETY** | Bucket Seats |
| Power Brakes | Keyless Entry | Drivers Side Air Bag | Reclining/Lounge Seats |
| Power Windows | Message Center | Passenger Air Bag | **WHEELS** |
| Power Locks | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Styled Steel Wheels |
| Power Mirrors | Telescopic Wheel | 4 Wheel Disc Brakes | **PAINT** |
| **DECOR** | Backup Camera | Traction Control | Clear Coat Paint |
| Dual Mirrors | **RADIO** | Stability Control | **OTHER** |
| Body Side Moldings | AM Radio | Front Side Impact Air Bags | Signal Integrated Mirrors |
| Tinted Glass | FM Radio | Head/Curtain Air Bags | California Emissions |

**Preliminary Supplement 1 with Summary**

**Customer: HUE, IAN**                                                                   **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|---|-------|-------|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | | |
| 2 | | R&I | R&I bumper cover as an assy | | | | | 2.2 | |
| 3 | **COOLING** | | | | | | | | |
| 4 | | Repl | Trans cooler | 68188998AA | 1 | 390.00 | m | 0.4 | |
| 5 | **FENDER** | | | | | | | | |
| 6 | S01 | Repl | LT Apron/rail assy (HSS) | 4725953AK | 1 | 817.00 | s | 17.0 | 1.0 |
| | | | Note: LABOR: Time is after all necessary bolted-on parts are removed. | | | | | | |
| 7 | | R&I | LT R&I fender assy | | | | | 0.8 | |
| 8 | S01 | Repl | LT Reinf panel | 68134093AA | 1 | 620.00 | s | 3.0 | |
| 9 | **ELECTRICAL** | | | | | | | | |
| 10 | * S01 | Repl | Body Harness | 68434796AA | 1 | 542.00 | | 2.0 | |
| 11 | **ENGINE / TRANSAXLE** | | | | | | | | |
| 12 | | Repl | R&I engine/trans assy | NONE | 1 | | m | 8.4 | |
| 13 | **EXHAUST SYSTEM** | | | | | | | | |
| 14 | | R&I | R&I exhaust assy rearward of frt pipe | | | | m | 0.8 | |
| 15 | **STEERING GEAR & LINKAGE** | | | | | | | | |
| 16 | | Repl | P/S cooler | 68214348AC | 1 | 287.00 | m | 0.4 | |
| 17 | **WINDSHIELD** | | | | | | | | |
| 18 | # | Subl | REPL WINSHIELD | | 1 | 450.00 | X | | |
| 19 | | Repl | Mirror inside | 57010393AC | 1 | 64.50 | | 0.3 | |
| 20 | **INSTRUMENT PANEL** | | | | | | | | |
| 21 | * | R&I | Center cover | | | | | 0.2 | |
| 22 | S01 | R&I | R&I instrument panel | | | | | 5.1 | |
| | | | Note: LABOR: Time includes seperating the AC & heater assembly from the instrument panel. | | | | | | |
| 23 | S01 | R&I | Radio w/Uconnect, w/o satellite radio w/o navigation | | | | | 0.4 | |
| 24 | **RESTRAINT SYSTEMS** | | | | | | | | |
| 25 | | Repl | Driver air bag | 1ZT78JXWAB | 1 | 917.00 | m | Incl. | |
| 26 | | | Air bag system diagnosis | | | | m | 0.5 M | |
| 27 | | Repl | Clockspring | SEE FOOTNOTE | 1 | | | | |
| 28 | | Repl | Ft impact sensor | 68335885AA | 2 | 67.20 | m | 0.2 M | |
| 29 | | Repl | Control module all | 68444170AA | 1 | 214.00 | m | 0.8 M | |
| 30 | | Repl | LT Head air bag | 68320197AC | 1 | 502.00 | m | 0.4 M | |
| 31 | | Repl | RT Head air bag | 68320196AC | 1 | 489.00 | m | 0.4 M | |
| 32 | | Repl | LT Buckle | 1ZS81JXWAA | 1 | 265.00 | | 0.2 | |
| 33 | | Repl | RT Buckle | 5RM76JXWAA | 1 | 265.00 | | 0.2 | |
| 34 | **ROOF** | | | | | | | | |
| 35 | | R&I | R&I headliner | | | | | 2.3 | |
| 36 | S01 | Repl | LT Extension panel side | 68134792AA | 1 | 815.00 | | 3.5 | 1.4 |
| 37 | S01 | | Add for Clear Coat | | | | | | 0.6 |
| 38 | # S01 | Repl | SEAM SEAL | | 1 | 50.00 | | 0.3 | |
| 39 | # S01 | Repl | PANEL BOND | | 1 | 50.00 | | | |

**Preliminary Supplement 1 with Summary**

**Customer: HUE, IAN**                                                    **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 40 | | S01 | Blnd | Extension panel front | | | | 1.2 |
| 41 | | S01 | Blnd | LT Outer rail front 3500 | | | | 0.8 |
| 42 | **PILLARS, ROCKER & FLOOR** | | | | | | | |
| 43 | | | R&I | LT W/S pillar trim all | | | Incl. | |
| 44 | | | R&I | RT W/S pillar trim all | | | Incl. | |
| 45 | * | S01 | Sect | LT Aperture panel hinge pillar & roof rail | 68167535AA | 1 | 750.00 | 13.5 | 1.5 |
| 46 | | S01 | | Overlap Major Non-Adj. Panel | | | | -0.2 |
| 47 | | S01 | | Add for Clear Coat | | | | 0.3 |
| 48 | | S01 | Repl | LT W/S pillar reinf (HSS) | 68134171AC | 1 | 187.00 s | 2.5 | 0.6 |
| 49 | | S01 | | Overlap Minor Panel | | | | -0.2 |
| 50 | | S01 | Repl | LT Inner hinge plr (HSS) | 68134300AB | 1 | 282.00 s | 3.0 | |
| 51 | | S01 | Repl | LT Reinf panel (HSS) | 68134275AA | 1 | 93.70 s | 1.6 | |
| 52 | **FRONT DOOR** | | | | | | | |
| 53 | | | Repl | LT Body w'strip | 68233254AA | 1 | 120.00 | Incl. | |
| 54 | | S01 | R&I | LT R&I door assy | | | | 1.1 |
| 55 | **VEHICLE DIAGNOSTICS** | | | | | | | |
| 56 | * | | Subl | Pre-repair scan | | 1 | 119.95 X m | |
| 57 | * | | Subl | Post-repair scan | | 1 | 50.00 X m | |
| 58 | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 59 | * | | Repl | Cover car/bag | | 1 | 10.00 | 0.2 |
| 60 | # | | Subl | HAZARDOUS WASTE DISPOSAL | | 1 | 3.00 X | |
| 61 | # | | Repl | CORROSION PROTECTION | | 1 | 9.00 T | 0.3 |
| 62 | # | | Subl | ALIGNMENT | | 1 | 99.00 X | |
| | | | | **SUBTOTALS** | | | **8,528.35** | **72.0** | **7.0** |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 7,797.40 |
| Body Labor | 69.7 hrs | @ | $ 120.00 /hr | 8,364.00 |
| Paint Labor | 7.0 hrs | @ | $ 120.00 /hr | 840.00 |
| Mechanical Labor | 2.3 hrs | @ | $ 140.00 /hr | 322.00 |
| Paint Supplies | 7.0 hrs | @ | $ 55.00 /hr | 385.00 |
| Miscellaneous | | | | 730.95 |
| Subtotal | | | | 18,439.35 |
| Sales Tax | $ 8,191.40 | @ | 8.2500 % | 675.79 |
| **Grand Total** | | | | **19,115.14** |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | **0.00** |
| **INSURANCE PAY** | | | | **19,115.14** |

**Preliminary Supplement 1 with Summary**

---

**Customer: HUE, IAN**                                                                                       **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | |
| 36 | | Repl | LT Body w'strip | 68233254AA | 1 | -120.00 | -0.4 | |
| 53 | | S01 Repl | LT Body w'strip | 68233254AA | 1 | 120.00 | Incl. | |
| **Deleted Items** | | | | | | | | |
| 31 | * | Rpr | LT Extension panel side | | | | -0.5 | -0.5 |
| | | | NOTE: SEAM SEAL & SPOT IN | | | | | |
| 32 | | | Add for Clear Coat | | | | | -0.2 |
| **Added Items** | | | | | | | | |
| 8 | | S01 Repl | LT Reinf panel | 68134093AA | 1 | 620.00 s | 3.0 | |
| 9 | **ELECTRICAL** | | | | | | | |
| 10 | * | S01 Repl | Body Harness | 68434796AA | 1 | 542.00 | 2.0 | |
| 22 | | S01 R&I | R&I instrument panel | | | | 5.1 | |
| | | | NOTE: LABOR: Time includes seperating the AC & heater assembly from the instrument panel. | | | | | |
| 23 | | S01 R&I | Radio w/Uconnect, w/o satellite radio w/o navigation | | | | 0.4 | |
| 36 | | S01 Repl | LT Extension panel side | 68134792AA | 1 | 815.00 | 3.5 | 1.4 |
| 37 | | S01 | Add for Clear Coat | | | | | 0.6 |
| 38 | # | S01 Repl | SEAM SEAL | | 1 | 50.00 | 0.3 | |
| 39 | # | S01 Repl | PANEL BOND | | 1 | 50.00 | | |
| 40 | | S01 Blnd | Extension panel front | | | | | 1.2 |
| 41 | | S01 Blnd | LT Outer rail front 3500 | | | | | 0.8 |
| 45 | * | S01 Sect | LT Aperture panel hinge pillar & roof rail | 68167535AA | 1 | 750.00 | 13.5 | 1.5 |
| 46 | | S01 | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 47 | | S01 | Add for Clear Coat | | | | | 0.3 |
| 48 | | S01 Repl | LT W/S pillar reinf (HSS) | 68134171AC | 1 | 187.00 s | 2.5 | 0.6 |
| 49 | | S01 | Overlap Minor Panel | | | | | -0.2 |
| 50 | | S01 Repl | LT Inner hinge plr (HSS) | 68134300AB | 1 | 282.00 s | 3.0 | |
| 51 | | S01 Repl | LT Reinf panel (HSS) | 68134275AA | 1 | 93.70 s | 1.6 | |
| 54 | | S01 R&I | LT R&I door assy | | | | 1.1 | |
| | | | **SUBTOTALS** | | | **3,389.70** | **35.1** | **5.3** |

**Customer: HUE, IAN**                                          **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

### TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 3,389.70 |
| Body Labor | 35.1 hrs | @ | $ 120.00 /hr | 4,212.00 |
| Paint Labor | 5.3 hrs | @ | $ 120.00 /hr | 636.00 |
| Paint Supplies | 5.3 hrs | @ | $ 55.00 /hr | 291.50 |
| Subtotal | | | | 8,529.20 |
| Sales Tax | $ 3,681.20 | @ | 8.2500 % | 303.70 |
| **Total Supplement Amount** | | | | **8,832.90** |
| **NET COST OF SUPPLEMENT** | | | | **8,832.90** |

### CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | |
|---|---|---|
| Estimate | 10,282.24 | TONY SCHLIEMANN |
| Supplement S01 | 8,832.90 | TONY SCHLIEMANN |
| **Job Total:** | **$    19,115.14** | |
| **INSURANCE PAY:** | **$    19,115.14** | |

WESTERN AUTOBODY, INC  PROVIDES A LIMITED LIFETIME GUARANTEE ON ALL REPAIRS AS LONG AS YOU OWN THE VEHICLE.  WESTERN AUTOBODY SHALL NOT BE RESPONSIBLE FOR CLAIMS RESULTING FROM ABUSE, NEGLECT, OR NORMAL WEAR AND TEAR.  REFINISH PANELS SUBJECT TO CHEMICALS, ROAD ABRASIONS, OR IMPACT FROM FOREIGN OBJECTS WILL NOT BE HONORED.  WESTERN AUTOBODY RESERVES THE RIGHT TO INSPECT AND PERFORM ALL NECESSARY ADJUSTMENTS.

**Customer: HUE, IAN**                                                                                   **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

FOR YOUR PROTECTION CALIFORNIA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM:  ANY PERSON WHO KNOWINGLY PRESENTS FALSE OR FRAUDULENT CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN STATE PRISON.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:
MOTOR ABBREVIATIONS/SYMBOLS: D=DISCONTINUED PART, A=APPROXIMATE PRICE. LABOR TYPES: B=BODY LABOR, D=DIAGNOSTIC, E=ELECTRICAL, F=FRAME, G=GLASS, M=MECHANICAL, P=PAINT LABOR, S=STRUCTURAL, T=TAXED MISCELLANEOUS, X=NON TAXED MISCELLANEOUS. CCC ONE: ADJ=ADJACENT, ALGN=ALIGN, A/M=AFTERMARKET, BLND=BLEND, CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION, D&R=DISCONNECT AND RECONNECT, EST=ESTIMATE, EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY, INCL=INCLUDED, MISC=MISCELLANEOUS, NAGS=NATIONAL AUTO GLASS SPECIFICATIONS, NON-ADJ=NON ADJACENT, O/H=OVERHAUL, OP=OPERATION, NO=LINE NUMBER, QTY=QUANTITY, RECOND=RECONDITION, REFN=REFINISH, REPL=REPLACE, R&I=REMOVE AND INSTALL, R&R=REMOVE AND REPLACE, RPR=REPAIR, RT=RIGHT, SECT=SECTION, SUBL=SUBLET, LT=LEFT, W/O=WITHOUT, W/_=WITH/_  SYMBOLS: #=MANUAL LINE ENTRY, *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED], **=DATABASE LINE WITH AFTERMARKET, N=NOTES ATTACHED TO LINE. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

"CURE TIME" MEANS THE LENGTH OF TIME THAT, PER THE ADHESIVE MANUFACTURER, THE WINDSHIELD ADHESIVE NEEDS TO CURE UNTIL THE WINDSHIELD CAN PROPERLY FUNCTION AS A SAFETY DEVICE PURSUANT TO THE FEDERAL MOTOR VEHICLE SAFETY STANDARDS AND THE VEHICLE MANUFACTURER'S SPECIFICATIONS.

**Customer: HUE, IAN**                                                                                    **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data.  Unless otherwise noted, (a) all items are derived from the Guide DR3TB14, CCC Data Date 01/18/2021, and potentially other third party sources of data; and (b) the parts presented are OEM-parts.  OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution.  OEM parts are available at OE/Vehicle dealerships or the specified supplier.  OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing.    Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations.  The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM,  A/M or NAGS.  Used parts are described as LKQ, RCY, or USED.  Reconditioned parts are described as Recond.  Recored parts are described as Recore.  NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications.  Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times.  NAGS labor operation times are not included.  Pound sign (#) items indicate manual entries.

Some 2021 vehicles contain minor changes from the previous year.  For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used.  The CCC ONE estimator has a list of applicable vehicles.  Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component.  s=MOTOR Structural component.  T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category.  E=Electrical labor category.  F=Frame labor category.  G=Glass labor category. M=Mechanical labor category.  S=Structural labor category.  (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent.  Algn.=Align.  ALU=Aluminum.  A/M=Aftermarket part.  Blnd=Blend.  BOR=Boron steel. CAPA=Certified Automotive Parts Association.  D&R=Disconnect and Reconnect.  HSS=High Strength Steel. HYD=Hydroformed Steel.  Incl.=Included.  LKQ=Like Kind and Quality.  LT=Left.  MAG=Magnesium.  Non-Adj.=Non Adjacent.  NSF=NSF International Certified Part.  O/H=Overhaul.  Qty.=Quantity.  Refn=Refinish.  Repl=Replace. R&I=Remove and Install.  R&R=Remove and Replace.  Rpr=Repair.  RT=Right.  SAS=Sandwiched Steel. Sect=Section.  Subl=Sublet.  UHS=Ultra High Strength Steel.  N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair.  EPA=Environmental Protection Agency.  NHTSA= National Highway Transportation and Safety Administration.  PDR=Paintless Dent Repair.  VIN=Vehicle Identification Number.