DocuSign Envelope ID: 2D3293DF-AD25-4941-BB77-8027E38E784F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.   21-60277-CIV-MARTINEZ-SNOW

IAN HUE, an individual,

      Plaintiff,

vs.

SAMUEL'S AUTO FL., LLC,
a Florida limited liability company
d/b/a "Samuel's Auto,"

      Defendant.

_____/

## DECLARATION OF TONY SCHLIEMANN

THE UNDERSIGNED, Tony Schliemann, hereby declares pursuant to 28 U.S.C. §1746, as follows:

1.     I am the manager of Western Autobody, Inc., 5800 Guerneville Road, Sebastopol, California 95472.

2.     I have been in the auto body repair industry for 16 years.

3.     In January 2021, Ian Hue ("Mr. Hue") requested that Western Autobody inspect a 2019 Ram Pro Master Cargo Van 3500, VIN:  3C6URVJG0KE544807 ("Van") to inspect the Van and provide an estimate for work to make the Van roadworthy as a family camper.

4.     After inspecting the Van, Declarant provided an Estimate and Supplement Parts and Labor ("Estimate") to make the Van roadworthy as a family camper.

5.     A copy of the Estimate is attached hereto as Exhibit "A."

6.     Pursuant to the Estimate, Declarant believes that it will cost $19,115.14 to make the Van roadworthy as a family camper.

7.     The repairs are reasonable and necessary.

PURSUANT TO 28 U.S.C.§1746, I CERTIFY, UNDER PENALTY OF PERJURY, THE

FOREGOING IS TRUE AND CORRECT.

Executed ___7/26/2021___ in Sebastopol, California.


DocuSigned by:

*Tony Schliemann*

BFDE0D48CDCB40F

TONY SCHLIEMANN

DocuSign Envelope ID: 2D3293DE-AD25-4944-BB77-8027E38E784E

# EXHIBIT "A"



# WESTERN AUTOBODY, INC.

5800 Guerneville Rd., Sebastopol, CA 95472
Phone: (707) 829-2477
FAX: (707) 829-3114

| | |
|---|---|
| Workfile ID: | aee9ded5 |
| PartsShare: | 65CGR3 |
| Federal ID: | 43-2006693 |
| Resale Number: | SRJH100-199043 |
| State EPA: | CAL000207445 |
| BAR: | AD227345 |

## Preliminary Supplement 1 with Summary

**Customer: HUE, IAN**                                                **Job Number: 11436**

Written By: TONY SCHLIEMANN

| | | | | | |
|---|---|---|---|---|---|
| Insured: | HUE, IAN | Policy #: | | Claim #: | |
| Type of Loss: | | Date of Loss: | | Days to Repair: | 0 |
| Point of Impact: | | | | | |

**Owner:**                          **Inspection Location:**                          **Insurance Company:**

HUE, IAN                          WESTERN AUTOBODY, INC.
(707) 332-8395 Cell                5800 Guerneville Rd.
                                  Sebastopol, CA 95472
                                  Repair Facility
                                  (707) 829-2477 Business

---

## VEHICLE

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

| | | | | | | |
|---|---|---|---|---|---|---|
| VIN: | 3C6URVJG0KE544807 | Interior Color: | | Mileage In: | | Vehicle Out: |
| License: | | Exterior Color: | GREY | Mileage Out: | | |
| State: | | Production Date: | | Condition: | | Job #:        11436 |

| TRANSMISSION | CONVENIENCE | Stereo | Hands Free Device |
|---|---|---|---|
| Automatic Transmission | Air Conditioning | Search/Seek | **SEATS** |
| **POWER** | Intermittent Wipers | Auxiliary Audio Connection | Cloth Seats |
| Power Steering | Tilt Wheel | **SAFETY** | Bucket Seats |
| Power Brakes | Keyless Entry | Drivers Side Air Bag | Reclining/Lounge Seats |
| Power Windows | Message Center | Passenger Air Bag | **WHEELS** |
| Power Locks | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Styled Steel Wheels |
| Power Mirrors | Telescopic Wheel | 4 Wheel Disc Brakes | **PAINT** |
| **DECOR** | Backup Camera | Traction Control | Clear Coat Paint |
| Dual Mirrors | **RADIO** | Stability Control | **OTHER** |
| Body Side Moldings | AM Radio | Front Side Impact Air Bags | Signal Integrated Mirrors |
| Tinted Glass | FM Radio | Head/Curtain Air Bags | California Emissions |

**Customer: HUE, IAN**                                                                                           **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | | Labor | Paint |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **FRONT BUMPER & GRILLE** | | | | | | | | |
| 2 | | R&I | R&I bumper cover as an assy | | | | | 2.2 | |
| 3 | **COOLING** | | | | | | | | |
| 4 | | Repl | Trans cooler | 68188998AA | 1 | 390.00 | m | 0.4 | |
| 5 | **FENDER** | | | | | | | | |
| 6 | S01 | Repl | LT Apron/rail assy (HSS) | 4725953AK | 1 | 817.00 | s | 17.0 | 1.0 |
| | | | Note: LABOR: Time is after all necessary bolted-on parts are removed. | | | | | | |
| 7 | | R&I | LT R&I fender assy | | | | | 0.8 | |
| 8 | S01 | Repl | LT Reinf panel | 68134093AA | 1 | 620.00 | s | 3.0 | |
| 9 | **ELECTRICAL** | | | | | | | | |
| 10 | * S01 | Repl | Body Harness | 68434796AA | 1 | 542.00 | | 2.0 | |
| 11 | **ENGINE / TRANSAXLE** | | | | | | | | |
| 12 | | Repl | R&I engine/trans assy | NONE | 1 | | m | 8.4 | |
| 13 | **EXHAUST SYSTEM** | | | | | | | | |
| 14 | | R&I | R&I exhaust assy rearward of frt pipe | | | | m | 0.8 | |
| 15 | **STEERING GEAR & LINKAGE** | | | | | | | | |
| 16 | | Repl | P/S cooler | 68214348AC | 1 | 287.00 | m | 0.4 | |
| 17 | **WINDSHIELD** | | | | | | | | |
| 18 | # | Subl | REPL WINSHIELD | | 1 | 450.00 | X | | |
| 19 | | Repl | Mirror inside | 57010393AC | 1 | 64.50 | | 0.3 | |
| 20 | **INSTRUMENT PANEL** | | | | | | | | |
| 21 | * | R&I | Center cover | | | | | 0.2 | |
| 22 | S01 | R&I | R&I instrument panel | | | | | 5.1 | |
| | | | Note: LABOR: Time includes seperating the AC & heater assembly from the instrument panel. | | | | | | |
| 23 | S01 | R&I | Radio w/Uconnect, w/o satellite radio w/o navigation | | | | | 0.4 | |
| 24 | **RESTRAINT SYSTEMS** | | | | | | | | |
| 25 | | Repl | Driver air bag | 1ZT78JXWAB | 1 | 917.00 | m | Incl. | |
| 26 | | | Air bag system diagnosis | | | | m | 0.5 | M |
| 27 | | Repl | Clockspring | SEE FOOTNOTE | 1 | | | | |
| 28 | | Repl | Ft impact sensor | 68335885AA | 2 | 67.20 | m | 0.2 | M |
| 29 | | Repl | Control module all | 68444170AA | 1 | 214.00 | m | 0.8 | M |
| 30 | | Repl | LT Head air bag | 68320197AC | 1 | 502.00 | m | 0.4 | M |
| 31 | | Repl | RT Head air bag | 68320196AC | 1 | 489.00 | m | 0.4 | M |
| 32 | | Repl | LT Buckle | 1ZS81JXWAA | 1 | 265.00 | | 0.2 | |
| 33 | | Repl | RT Buckle | 5RM76JXWAA | 1 | 265.00 | | 0.2 | |
| 34 | **ROOF** | | | | | | | | |
| 35 | | R&I | R&I headliner | | | | | 2.3 | |
| 36 | S01 | Repl | LT Extension panel side | 68134792AA | 1 | 815.00 | | 3.5 | 1.4 |
| 37 | S01 | | Add for Clear Coat | | | | | | 0.6 |
| 38 | # S01 | Repl | SEAM SEAL | | 1 | 50.00 | | 0.3 | |
| 39 | # S01 | Repl | PANEL BOND | | 1 | 50.00 | | | |

**Customer: HUE, IAN**                                                                        **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 40 | | S01 | Blnd | Extension panel front | | | | | 1.2 |
| 41 | | S01 | Blnd | LT Outer rail front 3500 | | | | | 0.8 |
| 42 | | **PILLARS, ROCKER & FLOOR** | | | | | | | |
| 43 | | | R&I | LT W/S pillar trim all | | | | Incl. | |
| 44 | | | R&I | RT W/S pillar trim all | | | | Incl. | |
| 45 | * | S01 | Sect | LT Aperture panel hinge pillar & roof rail | 68167535AA | 1 | 750.00 | 13.5 | 1.5 |
| 46 | | S01 | | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 47 | | S01 | | Add for Clear Coat | | | | | 0.3 |
| 48 | | S01 | Repl | LT W/S pillar reinf (HSS) | 68134171AC | 1 | 187.00 s | 2.5 | 0.6 |
| 49 | | S01 | | Overlap Minor Panel | | | | | -0.2 |
| 50 | | S01 | Repl | LT Inner hinge plr (HSS) | 68134300AB | 1 | 282.00 s | 3.0 | |
| 51 | | S01 | Repl | LT Reinf panel (HSS) | 68134275AA | 1 | 93.70 s | 1.6 | |
| 52 | | **FRONT DOOR** | | | | | | | |
| 53 | | | Repl | LT Body w'strip | 68233254AA | 1 | 120.00 | Incl. | |
| 54 | | S01 | R&I | LT R&I door assy | | | | 1.1 | |
| 55 | | **VEHICLE DIAGNOSTICS** | | | | | | | |
| 56 | * | | Subl | Pre-repair scan | | 1 | 119.95 X m | | |
| 57 | * | | Subl | Post-repair scan | | 1 | 50.00 X m | | |
| 58 | | **MISCELLANEOUS OPERATIONS** | | | | | | | |
| 59 | * | | Repl | Cover car/bag | | 1 | 10.00 | 0.2 | |
| 60 | # | | Subl | HAZARDOUS WASTE DISPOSAL | | 1 | 3.00 X | | |
| 61 | # | | Repl | CORROSION PROTECTION | | 1 | 9.00 T | 0.3 | |
| 62 | # | | Subl | ALIGNMENT | | 1 | 99.00 X | | |
| | | | | **SUBTOTALS** | | | **8,528.35** | **72.0** | **7.0** |

### ESTIMATE TOTALS

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 7,797.40 |
| Body Labor | 69.7 hrs | @ | $ 120.00 /hr | 8,364.00 |
| Paint Labor | 7.0 hrs | @ | $ 120.00 /hr | 840.00 |
| Mechanical Labor | 2.3 hrs | @ | $ 140.00 /hr | 322.00 |
| Paint Supplies | 7.0 hrs | @ | $ 55.00 /hr | 385.00 |
| Miscellaneous | | | | 730.95 |
| Subtotal | | | | 18,439.35 |
| Sales Tax | $ 8,191.40 | @ | 8.2500 % | 675.79 |
| **Grand Total** | | | | **19,115.14** |
| Deductible | | | | 0.00 |
| **CUSTOMER PAY** | | | | **0.00** |
| **INSURANCE PAY** | | | | **19,115.14** |

DocuSign Envelope ID: 2D3293DF-AD25-4944-BB77-8027E38E784F

Case 0:21-cv-60277-JEM   Document 30-2   Entered on FLSD Docket 07/27/2021   Page 7 of 10
Preliminary Supplement 1 with Summary

**Customer: HUE, IAN**            **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

## SUPPLEMENT SUMMARY

| Line | | Oper | Description | Part Number | Qty | Extended Price $ | Labor | Paint |
|------|---|------|-------------|-------------|-----|------------------|-------|-------|
| **Changed Items** | | | | | | | | |
| 36 | | Repl | LT Body w'strip | 68233254AA | 1 | -120.00 | -0.4 | |
| 53 | S01 | Repl | LT Body w'strip | 68233254AA | 1 | 120.00 | Incl. | |
| **Deleted Items** | | | | | | | | |
| 31 | * | Rpr | LT Extension panel side | | | | -0.5 | -0.5 |
| | | | NOTE: SEAM SEAL & SPOT IN | | | | | |
| 32 | | | Add for Clear Coat | | | | | -0.2 |
| **Added Items** | | | | | | | | |
| 8 | S01 | Repl | LT Reinf panel | 68134093AA | 1 | 620.00 s | 3.0 | |
| 9 | **ELECTRICAL** | | | | | | | |
| 10 | * | S01 Repl | Body Harness | 68434796AA | 1 | 542.00 | 2.0 | |
| 22 | | S01 | R&I | R&I instrument panel | | | 5.1 | |
| | | | NOTE: LABOR: Time includes seperating the AC & heater assembly from the instrument panel. | | | | | |
| 23 | | S01 R&I | Radio w/Uconnect, w/o satellite radio w/o navigation | | | | 0.4 | |
| 36 | | S01 Repl | LT Extension panel side | 68134792AA | 1 | 815.00 | 3.5 | 1.4 |
| 37 | | S01 | Add for Clear Coat | | | | | 0.6 |
| 38 | # | S01 Repl | SEAM SEAL | | 1 | 50.00 | 0.3 | |
| 39 | # | S01 Repl | PANEL BOND | | 1 | 50.00 | | |
| 40 | | S01 Blnd | Extension panel front | | | | | 1.2 |
| 41 | | S01 Blnd | LT Outer rail front 3500 | | | | | 0.8 |
| 45 | * | S01 Sect | LT Aperture panel hinge pillar & roof rail | 68167535AA | 1 | 750.00 | 13.5 | 1.5 |
| 46 | | S01 | Overlap Major Non-Adj. Panel | | | | | -0.2 |
| 47 | | S01 | Add for Clear Coat | | | | | 0.3 |
| 48 | | S01 Repl | LT W/S pillar reinf (HSS) | 68134171AC | 1 | 187.00 s | 2.5 | 0.6 |
| 49 | | S01 | Overlap Minor Panel | | | | | -0.2 |
| 50 | | S01 Repl | LT Inner hinge plr (HSS) | 68134300AB | 1 | 282.00 s | 3.0 | |
| 51 | | S01 Repl | LT Reinf panel (HSS) | 68134275AA | 1 | 93.70 s | 1.6 | |
| 54 | | S01 R&I | LT R&I door assy | | | | 1.1 | |
| | | | **SUBTOTALS** | | | 3,389.70 | 35.1 | 5.3 |

DocuSign Envelope ID: 2D3293DE-AD25-4944-BB77-8027E38E784E

**Preliminary Supplement 1 with Summary**

**Customer: HUE, IAN**                                                       **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

## TOTALS SUMMARY

| Category | Basis | | Rate | Cost $ |
|---|---|---|---|---|
| Parts | | | | 3,389.70 |
| Body Labor | 35.1 hrs | @ | $ 120.00 /hr | 4,212.00 |
| Paint Labor | 5.3 hrs | @ | $ 120.00 /hr | 636.00 |
| Paint Supplies | 5.3 hrs | @ | $ 55.00 /hr | 291.50 |
| Subtotal | | | | 8,529.20 |
| Sales Tax | $ 3,681.20 | @ | 8.2500 % | 303.70 |
| **Total Supplement Amount** | | | | **8,832.90** |
| **NET COST OF SUPPLEMENT** | | | | **8,832.90** |

## CUMULATIVE EFFECTS OF SUPPLEMENT(S)

| | | | |
|---|---|---|---|
| Estimate | | 10,282.24 | TONY SCHLIEMANN |
| Supplement S01 | | 8,832.90 | TONY SCHLIEMANN |
| **Job Total:** | $ | **19,115.14** | |
| **INSURANCE PAY:** | $ | **19,115.14** | |

WESTERN AUTOBODY, INC  PROVIDES A LIMITED LIFETIME GUARANTEE ON ALL REPAIRS AS LONG AS YOU OWN THE VEHICLE.  WESTERN AUTOBODY SHALL NOT BE RESPONSIBLE FOR CLAIMS RESULTING FROM ABUSE, NEGLECT, OR NORMAL WEAR AND TEAR.  REFINISH PANELS SUBJECT TO CHEMICALS, ROAD ABRASIONS, OR IMPACT FROM FOREIGN OBJECTS WILL NOT BE HONORED.  WESTERN AUTOBODY RESERVES THE RIGHT TO INSPECT AND PERFORM ALL NECESSARY ADJUSTMENTS.

DocuSign Envelope ID: 2D32930E-AD25-4944-BB77-8027E38E784F

Case 0:21-cv-60277-JEM Document 30-2 Entered on FLSD Docket 07/27/2021 Page 9 of 10
Preliminary Supplement 1 with Summary

**Customer: HUE, IAN**                                                                      **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

FOR YOUR PROTECTION CALIFORNIA LAW REQUIRES THE FOLLOWING TO APPEAR ON THIS FORM:  ANY PERSON WHO KNOWINGLY PRESENTS FALSE OR FRAUDULENT CLAIM FOR THE PAYMENT OF A LOSS IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN STATE PRISON.

THE FOLLOWING IS A LIST OF ABBREVIATIONS OR SYMBOLS THAT MAY BE USED TO DESCRIBE WORK TO BE DONE OR PARTS TO BE REPAIRED OR REPLACED:
MOTOR ABBREVIATIONS/SYMBOLS: D=DISCONTINUED PART, A=APPROXIMATE PRICE. LABOR TYPES: B=BODY LABOR, D=DIAGNOSTIC, E=ELECTRICAL, F=FRAME, G=GLASS, M=MECHANICAL, P=PAINT LABOR, S=STRUCTURAL, T=TAXED MISCELLANEOUS, X=NON TAXED MISCELLANEOUS. CCC ONE: ADJ=ADJACENT, ALGN=ALIGN, A/M=AFTERMARKET, BLND=BLEND, CAPA=CERTIFIED AUTOMOTIVE PARTS ASSOCIATION, D&R=DISCONNECT AND RECONNECT, EST=ESTIMATE, EXT. PRICE=UNIT PRICE MULTIPLIED BY THE QUANTITY, INCL=INCLUDED, MISC=MISCELLANEOUS, NAGS=NATIONAL AUTO GLASS SPECIFICATIONS, NON-ADJ=NON ADJACENT, O/H=OVERHAUL, OP=OPERATION, NO=LINE NUMBER, QTY=QUANTITY, RECOND=RECONDITION, REFN=REFINISH, REPL=REPLACE, R&I=REMOVE AND INSTALL, R&R=REMOVE AND REPLACE, RPR=REPAIR, RT=RIGHT, SECT=SECTION, SUBL=SUBLET, LT=LEFT, W/O=WITHOUT, W/_=WITH/_  SYMBOLS: #=MANUAL LINE ENTRY, *=OTHER [IE..MOTORS DATABASE INFORMATION WAS CHANGED], **=DATABASE LINE WITH AFTERMARKET, N=NOTES ATTACHED TO LINE. OPT OEM=ORIGINAL EQUIPMENT MANUFACTURER PARTS EITHER OPTIONALLY SOURCED OR OTHERWISE PROVIDED WITH SOME UNIQUE PRICING OR DISCOUNT.

"CURE TIME" MEANS THE LENGTH OF TIME THAT, PER THE ADHESIVE MANUFACTURER, THE WINDSHIELD ADHESIVE NEEDS TO CURE UNTIL THE WINDSHIELD CAN PROPERLY FUNCTION AS A SAFETY DEVICE PURSUANT TO THE FEDERAL MOTOR VEHICLE SAFETY STANDARDS AND THE VEHICLE MANUFACTURER'S SPECIFICATIONS.

**Customer: HUE, IAN**                                       **Job Number: 11436**

2019 RAM ProMaster Cargo Van 3500 Extended High Roof 159" WB 3D VAN 6-3.6L Gasoline Sequential MPI GREY

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DR3TB14, CCC Data Date 01/18/2021, and potentially other third party sources of data; and (b) the parts presented are OEM-parts. OEM parts are manufactured by or for the vehicle's Original Equipment Manufacturer (OEM) according to OEM's specifications for U.S. distribution. OEM parts are available at OE/Vehicle dealerships or the specified supplier. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships with discounted pricing. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2021 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.