UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  21-60277-CIV-JEM

IAN HUE, an individual,

      Plaintiff,
vs.

SAMUEL'S AUTO FL., LLC,
a Florida limited liability company
d/b/a "Samuel's Auto,"

      Defendant.
_____/

## FINAL JUDGMENT AFTER DEFAULT

THIS CAUSE is before the Court on the Motion for Entry of Final Judgment After Default [DE 30], filed on July 27, 2021, by Plaintiff, Ian Hue ("Mr. Hue").  No response to the Motion was filed.  The Court having carefully considered the Motion, including the Declaration of Ian Hue in Support of Motion for Entry of Final Judgment After Default, and being otherwise fully advised in the premises, it is thereupon:

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.    That Plaintiff's Motion for Entry of Final Judgment After Default directed to Defendant, Samuel's Auto FL, LLC, is and the same is hereby GRANTED.

2.    That Plaintiff, Ian Hue, 17027 Fitzpatrick Lane, Occidental, California 95465, do have, receive, and recover from Defendant, Samuel's Auto FL, LLC, a Florida limited liability company, doing business as "Samuel's Auto," the sum of Fifty-seven Thousand Three Hundred Forty-five and 42/100 Dollars ($57,345.42), for which let execution issue.

3.      That the Court retains jurisdiction to determine the amount of attorney's fees and costs to be awarded in accordance with Rule 7.3, Local Rules of the United States District Court, Southern District of Florida.

DONE AND ORDERED at Miami, Florida on _____, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished:

Robert W. Murphy, Esquire
Samuel's Auto FL, LLC, *pro se*